UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-9893-MWF(JCx)**                              Dated: **February 18, 2016**

Title:    Melissa Grulke -v- Life Insurance Company of North America

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                  None Present
    Relief Courtroom Deputy             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                 None Present

PROCEEDINGS (IN CHAMBERS):    COURT ORDER

    In light of the Notice of Settlement filed February 17, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 21, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                    Initials of Deputy Clerk   cw
CIVIL - GEN